**Opinion issued February 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00973-CV

————————————

**ESTHER HERNANDEZ AND PRIME ECO GROUP, INC., Appellants**

**V.**

**APACHE CORPORATION; ATMOS ENERGY CORPORATION; BP CANADA ENERGY MARKETING CORPORATION; BP ENERGY COMPANY; CENTERPOINT ENERGY RESOURCES CORP.; CHESAPEAKE ENERGY MARKETING, LLC; CHEVRON USA, INC.; CIMA ENERGY, L.P.; CONOCOPHILLIPS COMPANY; DCP MIDSTREAM GP, L.L.C.; DCP MIDSTREAM MARKETING, L.L.C.; DCP OPERATING COMPANY, L.P.; DEVON GAS SERVICES, L.P.; ENBRIDGE (U.S.) INC.; ENERGY TRANSFER, L.P.; ENLINK GAS MARKETING, L.P.; ENTERPRISE TEXAS PIPELINE, L.L.C.; EOG RESOURCES, INC.; ETC MARKETING, LTD; ETC TEXAS PIPELINE, LTD.; FREEPOINT COMMODITIES, L.L.C; HOUSTON PIPE LINE COMPANY, L.P.; J. ARON & COMPANY, L.L.C.; KINDER MORGAN TEXAS PIPELINE, L.L.C.; KOCH ENERGY SERVICES, L.L.C.; MACQUARIE ENERGY, L.L.C.; MERCURIA ENERGY AMERICA,**

**L.L.C.; MORGAN STANLEY CAPITAL GROUP, INC.; OASIS PIPELINE, L.P.; ONEOK WESTEX TRANSMISSION, L.L.C.; PALO DURO PIPELINE (TEXAS GATHERING) L.P.; PERMIAN HIGHWAY PIPELINE, L.L.C.; PETROCHINA INTERNATIONAL (AMERICA) INC.; SEMPRA GAS & POWER MARKETING, L.L.C.; SEQUENT ENERGY MANAGEMENT, L.P.; SHELL ENERGY NORTH AMERICA, L.P.; SYMMETRY ENERGY SOLUTIONS, L.L.C.; TARGA GAS MARKETING, L.L.C.; TENASKA GAS STORAGE, L.LC.; TENASKA MARKETING VENTURES; TRAFIGURA TRADING, L.L.C.; XTO ENERGY INC.; VEGA ENERGY PARTNERS, LTD., Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-09167**

---

### MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.